

NUMBER 13-11-00037-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

J AND C ADVENTURES, INC. DBA
ALL SEASONS POOLS, SPAS, PATIOS,                    Appellant,

v.

TODD AND ANN FLETCHER,                              Appellees.

On appeal from the 38th District Court
of Jefferson County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, J and C Adventures, Inc. dba All Seasons Pools, Spas, Patios, filed an appeal from a judgment rendered against it in favor of appellees, Todd Fletcher and Ann Fletcher. On February 11, 2011, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on February 3, 2011, and that the deputy

district clerk, Lolita Ramos, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
26th day of May, 2011.

2